IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JEANNETTE E. LEEPS,<br><br>        Plaintiff,<br><br>Vs.,<br><br>LENDERLIVE NETWORK, INC.<br><br>        Defendant. | NO. 4:12 – cv - 00195<br><br><br><br><br>VOLUNTARY DISMISSAL<br>WITH PREJUDICE |

    Pursuant to Rule 41.1(a)(2) of the Local Federal Rules of Civil Procedure, plaintiff Jeannette E. Leeps requests all claims raised or that could have been raised in this action are hereby dismissed with prejudice and each party will bear its own costs and attorney fees.

   /*s*/ L. Ashley Zubal
L. Ashley Zubal    AT0009559                           c/o Gary A. Norton
MARKS LAW FIRM, P.C.                          Whitfield & Eddy, P.L.C.
4225 University Avenue                            317 Sixth Avenue, Suite 1200
Des Moines, Iowa  50311                         Des Moines, IA 50309-4195
(515) 276-7211
Fax: (515) 276-6280
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**:  By signing above, the attorney, L. Ashley Zubal certifies that on the 3d day of October, 2012, this document was filed electronically in the United States District Court for the Southern District of Iowa Court.  The parties listed will receive notice via US Mail.